*E-Filed 6/13/11*

1  Peter L. Weber – CA State Bar No. 218473
   (pweber@mpbf.com)
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
4  Fax:    (415) 393-8087

5  Attorneys for Plaintiff
   RINGCENTRAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RINGCENTRAL, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BILL QUIMBY, an individual; TOLLFREENUMBERS.COM, INC., a New York corporation, and DOES 1-50,<br><br>　　　　Defendants. | Case No.: 3:11-cv-01835-RS<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF RINGCENTRAL, INC.**<br>**[PROPOSED] ORDER** |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiff RingCentral, Inc. hereby substitutes Murphy, Pearson, Bradley & Feeney in place of Durie Tangri LLP as its counsel of record in this action.

The contact information for new counsel is as follows:

　　　Peter L. Weber – CA State Bar No. 218473
　　　(pweber@mpbf.com)
　　　MURPHY, PEARSON, BRADLEY & FEENEY
　　　88 Kearny Street, 10th Floor
　　　San Francisco, CA  94108-5530

```
Tel:  (415) 788-1900
Fax:  (415) 393-8087
```

Dated: June 13, 2011

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ Peter L. Weber
Peter L. Weber
Attorneys for Plaintiff
RINGCENTRAL, INC.

### CONSENT TO SUBSTITUTION

Durie Tangri LLP hereby consents to this substitution.

DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Ragesh K. Tangri
rtangri@durietangri.com

Clement S. Roberts
croberts@durietangri.com

Sonali D. Maitra
smaitra@durietangri.com

Dated:  June 13, 2011

By /s/ Sonali D. Maitra
Sonali D. Maitra

IT IS SO ORDERED:

Dated:__6/13/11_____

[signature]
HONORABLE HON. RICHARD SEEBORG

PLW.20264467_1.doc

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF
RINGCENTRAL, INC.; AND [PROPOSED] ORDER - 2
Case No.: 3:11-cv-01835-RS